UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARLES GROVER,

       Plaintiff,

v.

DRAEGER, INC., *et al*

       Defendants.

No. 1:22-cv-00087

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion for Summary Judgment by Defendants Draeger, Inc. and Draeger Medical Systems, Inc. f/k/a Draeger Safety, Inc. (collectively, "Defendants"). (ECF No. 38). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this  21st  day of  December , 2023,

**ORDERED** that Defendants' Motion (ECF No. 38) is **GRANTED** in its entirety.

*[signature: Christine A. O'Hearn]*

**CHRISTINE P. O'HEARN**
**United States District Judge**